JS-6

1  Michael McGill SBN 231613
   mcgill@policeattorney.com
2  Carolina Veronica Diaz SBN 263301
   veronica@policeattorney.com
3  **LACKIE, DAMMEIER & MCGILL APC**
   367 North Second Avenue
4  Upland, CA 91786
   Telephone: (909) 985-4003
5  Facsimile:  (909) 985-3299

6  Attorneys for Plaintiff
   TED WALTERS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TED WALTERS,

    Plaintiff,

vs.

CITY OF SIERRA MADRE, a municipality, and DOES 1 THROUGH 10 INCLUSIVE

    Defendants.

Case No.: CV09-03969

*Honorable Valerie Baker Fairbank*

x[PROPOSED] **ORDER GRANTING DISMISSAL OF THE CITY OF SIERRA MADRE PURUSANT TO A STIPULATION BETWEEN THE PARTIES'**

///

///

///

///

///

1

x[PROPOSED] ORDER

## ~~[PROPOSED]~~ ORDER

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to a settlement agreement between PLAINTIFF TED WALTERS and DEFENDANT CITY OF SIERRA MADRE, DEFENDANT CITY OF SIERRA MADRE is hereby dismissed from this action.

Date: 12-22-10

*Valerie Baker Fairbank*

Unites States District Judge
Honorable Valerie Baker Fairbank

2
[PROPOSED] ORDER